CHARLES H. WATSON, Respondent, *v.* SAUL C. LA VINE et al., Appellants.

Argued November 14, 1949; decided December 1, 1949.

*Jackson A. Dykman* and *Ralph W. Crolly* for appellants.

*Emanuel Harris* and *Max E. Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.